```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )            8:08MJ18
         Plaintiff,            )
                               )
   vs.                         )            ORDER
                               )
FELIX HERNANDEZ-CENOBIO,       )
                               )
         Defendant.            )
```

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

Jay W. Mez is appointed to represent the above named defendant in this matter and shall forthwith file an appearance in this matter.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Jay W. Mez.

DATED this 6th day of February, 2008.

                              BY THE COURT:


                              s/ Thomas D. Thalken
                              United States Magistrate Judge